■ In the Matter of CARL KEARSE, Appellant, v LEE P. BROWN, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County (Elliott Wilk, J.), entered June 20, 1991, which upheld respondent's determination to dismiss petitioner from his position as a police officer after petitioner pleaded guilty to ingesting cocaine, unanimously affirmed, without costs.

Test results of petitioner's urinalysis revealed the presence of cocaine. At a hearing, petitioner pleaded guilty to ingesting cocaine from a cigarette while at a party, but claimed that he did so unintentionally. In his report to the Commissioner, the Hearing Officer found that petitioner's explanation "strained credulity", and even when viewed favorably demonstrated a lack of proper judgment. The Commissioner's determination, based upon this report, was entitled to substantial deference " 'because he, and not the courts, is accountable to the public for the integrity of the Department' " *(Trotta v Ward,* 77 NY2d 827, 828). Further, the dismissal of petitioner for using illegal drugs is not so disproportionate to the offense as to be shocking to one's sense of fairness *(supra).* Concur—Carro, J. P., Milonas, Ellerin and Ross, JJ.